

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

October 30, 1957

State Board of Insurance
Hon. William A. Harrison
Commissioner of Insurance
International Life Building
Austin, Texas

Gentlemen:

Opinion No. WW-291

Re: Does the State Board of Insurance
have authority to fix maximum
commissions which insurers writing
credit insurance may allow to lenders,
lender agents, or insurance agents
under Article 3.53 of the Texas
Insurance Code?

Your letter of September 9, 1957, has been received, and we quote
from it in part as follows:

"In this connection, we desire your opinion of the authority
of this Board to fix the maximum commissions which insurers
writing credit insurance may allow to lenders, lender agents,
or insurance agents."

Article 3.53, originally Senate Bill No. 208, was enacted by the
51st Legislature in 1949. From the caption of this Act we quote in part
as follows:

"An Act providing for regulation of life insurance and
health and accident insurance issued in connection with loan
transactions; . . . declaring certain commissions for the sale
of credit insurance legal, and forbidding those above maximum
rates[1] or based on loss experience; . . ."

Section 6 of Article 3.53 provides:

"Commissions received by lenders, lender agents and
insurance agents from insurers for the writing of credit
insurance complying with the terms of this article, the
maximum rates promulgated by the Board, and rules and
regulations of the Board of Insurance Commissioners, shall
be considered for all purposes as compensation for services
rendered to such insurer and shall not be taken to be an
interest charge on the money borrowed; provided, however,

should such commissions be in excess of any maximum fixed hereunder, then such commissions shall be deemed to be an interest charge on the money borrowed. No agreements by insurers with any of its agents shall permit contingent commissions based on loss experience."

Section 9 of Article 3.53 provides:

"The Board is hereby authorized to promulgate rules and regulations to carry out the spirit and purposes of this article, including but without limiting the generality hereof, the reserve requirement and records to be maintained on such business, the method of insurance and delivery of the policies and the methods for the settlement of claims."

It is evident from this language that it was the intent of the Legislature to authorize the State Board of Insurance, the successor to the Board of Insurance Commissioners, to set a maximum rate of commissions that can be paid by the credit life, health and accident insurers. If this were not true, such language as quoted above would be mere surplusage.

## SUMMARY

The State Board of Insurance is authorized by Article 3.53 of the Texas Code of Insurance to set maximum commissions that may be allowed by insurers writing credit life, health and accident insurance.

Very truly yours,

WILL WILSON
Attorney General of Texas

RAW:pc

APPROVED:                                   By *Richard A. Wells*
OPINION COMMITTEE:                          Richard A. Wells
                                            Assistant

Geo. P. Blackburn, Chairman
W. V. Geppert
B. H. Timmins, Jr.
John B. Webster
REVIEWED FOR THE ATTORNEY GENERAL
BY:     James N. Ludlum

---

[1]Emphasis supplied throughout.